IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN YOUSIF, | No. C 15-04887 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| SAN MATEO COUNTY SHERIFF, et al., | |
| Defendants. | |

Plaintiff Osman Yousif filed this discrimination action *pro se* and a previous order granted his request to proceed *in forma pauperis*. On October 29, 2015, the Clerk sent plaintiff a letter requesting the defendants' addresses so that they could be properly served (Dkt. No. 8). Plaintiff has failed to respond in any manner. By **DECEMBER 21, 2015**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why he did not respond to the Clerk's letter and is also ordered to provide the addresses of the defendants in this case by that date. Failure to do so will result in this action being dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 7, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE