AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ Northern _____ District of _____ California _____

Osman Yousif

              Plaintiff (s),

V.

San Mateo County Sheriff, et al.

              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-CV-4887-WHA

Notice is hereby given that, subject to approval by the court, __Osman Yousif__ substitutes
                                                                                              (Party (s) Name)

__Russell A. Robinson__, State Bar No. __163937__ as counsel of record in
(Name of New Attorney)

place of __Osman Yousif, in pro per__ .
                                      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         Law Office of Russell A. Robinson
    Address:            345 Grove Street, 1st Floor, San Francisco CA 94102
    Telephone:         (415) 861-4416           Facsimile  (415) 431-4526
    E-Mail (Optional):   rlaw345@gmail.com

I consent to the above substitution.
Date:   February 1, 2016
                                                                                  (Signature of Party (s))

I consent to being substituted.
Date:   February 1, 2016
                                                               (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   February 1, 2016
                                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   February 2, 2016.
                                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]