Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone:  (415) 861-4416
Facsimile:  (415) 431-4526
rlaw345@gmail.com

Counsel for Plaintiff
**OSMAN YOUSIF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN YOUSIF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, SHERIFF GREG MUNKS, et al.,<br><br>　　　　Defendants. | No.   15-CV-4887-WHA<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ON OR BEFORE FEBRUARY 14, 2016; DECLARATION**<br><br>**[JURY TRIAL DEMANDED]** |

**I.    MOTION**

TO THE HONORABLE COURT HEREIN:

PLAINTIFF IN THIS CASE HEREBY moves and applies to the Court for leave to file his amended complaint or before February 14, 2016.  This request is based on the following:

On October 22 2015, Plaintiff caused this action to be filed *in proper.*

Three, separate motions to dismiss have been filed by different groups of defendants. After being retained on February 2, 2016, counsel determined that an amended complaint was

needed rather than opposition to one or more motions. Counsel notified the Court and opposing counsel of this intent on February 2, 2016. [DN 26]

The continuing work and investigation, including the need to speak to a witness in the State of Kansas, has been impeded by the sudden death of an unrelated client in an Oakland Hills house fire the week of February 3, 2016, the need to assist several San Francisco Police officers with personnel issues, and the need to start picking a jury in a case now going out in San Joaquin County (*Helm v. Petz*).

Depending upon what information counsel is able to gather on the judicial holiday, February 12, 2016, Osman Yousif's claims may be greatly impacted.

The amended complaint (AC) is due February 10, 2016.

As of this filing, because of the press of business, counsel has been unable to meet and confer before this deadline.

Thus, in view of the facts that there may be evidence critical to this case which likely will be available as February 12-13, 2016, that there is no prejudice to Defendants should the four-day extension be granted, and other factors discussed above, Plaintiff through the undersigned counsel respectfully requests that he be granted an additional four days to file his AC.

Date:  February 10, 2016              Russell A. Robinson /s/
    By:  Russell A. Robinson
    Law Office of Russell A. Robinson
    Counsel for Plaintiff
    **OSMAN YOUSIF**

/ / /

---

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ON OR BEFORE FEBRUARY 14, 2016; DECLARATION
*Yousif v. County of San Mateo, et al.*    2    P002ADMIN

## II.     DECLARATION

I, Russell A. Robinson, hereby declare as follows:

1. I am an attorney licensed to practice before all courts of this State and am admitted in the United States District Court for the Northern District of California. I am now Plaintiff's counsel of record herein. The below true and correct facts are of my own personal knowledge except facts stated as based on information and belief; as to facts so stated, I believe these to be true.

2. Plaintiff hereby moves, through me, and applies to the Court for leave to file his amended complaint or before February 14, 2016.

3. On October 22 2015, Plaintiff caused this action to be filed *in proper.*

4. Three, separate motions to dismiss have been filed by different groups of defendants. After being retained on February 2, 2016, I determined that an amended complaint was needed rather than opposition to one or more motions. I notified the Court and opposing counsel of this intent on February 2, 2016. [DN 26]

5. The continuing work and investigation, including the need to speak to a witness in the State of Kansas, has been impeded by the sudden death of an unrelated client in an Oakland Hills house fire the week of February 3, 2016, the need to assist several San Francisco Police officers with personnel issues, and the need to start picking a jury in a case now going out in San Joaquin County (*Helm v. Petz*).

6. Depending upon what information I am able to gather on the judicial holiday, February 12, 2016, Osman Yousif's claims may be greatly impacted.

7. The amended complaint (AC) is due February 10, 2016.

8.  As of this filing, because of the press of business, I have been unable to meet and confer before this deadline.

9.  Thus, in view of the facts that there may be evidence critical to this case which likely will be available as February 12-13, 2016, that there is no prejudice to Defendants should the four-day extension be granted, and other factors discussed above, Plaintiff through the me respectfully requests that he be granted an additional four days to file his AC.

I, Russell A. Robinson, hereby declare under penalty of perjury and under the laws of the State of California that the above is true and correct.

Date: February 10, 2016

    Russell A. Robinson /s/
By: Russell A. Robinson
Law Office of Russell A. Robinson
Counsel for Plaintiff
**OSMAN YOUSIF**

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ON OR BEFORE FEBRUARY 14, 2016; DECLARATION
*Yousif v. County of San Mateo, et al.*

4

P002ADMIN

Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone:   (415) 861-4416
Facsimile:   (415) 431-4526
rlaw345@gmail.com

Counsel for Plaintiff
**OSMAN YOUSIF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN YOUSIF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, SHERIFF GREG MUNKS, et al.,<br><br>　　　　Defendants. | No.   15-CV-4887-WHA<br><br>[Proposed] **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION**<br><br>Trial:     [Not yet set]<br><br>**[Jury Trial Demanded]** |

　　Good cause appearing, the application of Plaintiff in this case, before this Court is hereby granted.

　　Plaintiff in this case may file is amended complaint on or before February 14, 2016.

　　**IT IS SO ORDERED.**

Date:  February 11, 2016

_____
Hon. WILLIAM H. ALSUP
United States District Court, N. District of California

[Proposed] ORDER
*Yousif v. County of San Mateo, et al.*　　　　1　　　　P003ORDER