Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone:  (415) 861-4416
Facsimile:  (415) 431-4526
rlaw345@gmail.com

Counsel for Plaintiff
**OSMAN YOUSIF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN YOUSIF,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, SHERIFF GREG MUNKS, et al.,<br><br>        Defendants. | No.   15-CV-4887-WHA<br><br>**PLAINTIFF'S SECOND ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ON OR BEFORE FEBRUARY 19, 2016; DECLARATION**<br><br>**[JURY TRIAL DEMANDED]** |

**I.   MOTION**

TO THE HONORABLE COURT HEREIN:

PLAINTIFF IN THIS CASE HEREBY moves and applies to the Court for leave to file his amended complaint or before February 19, 2016.  This *second* such request is based on the following:

On October 22 2015, Plaintiff caused this action to be filed *in proper.*

Three, separate motions to dismiss have been filed by different groups of defendants. After being retained on February 2, 2016, counsel determined that an amended complaint was

needed rather than opposition to one or more motions.  Counsel notified the Court and opposing counsel of this intent on February 2, 2016. [DN 26]

The continuing work and investigation, including the need to speak to a witness in the State of Kansas, has been impeded by the sudden death of an unrelated client in an Oakland Hills house fire the week of February 3, 2016, the need to assist several San Francisco Police officers with personnel issues concerning the San Francisco District Attorney's Blue Ribbon Panel, and the need to start picking a jury in a case now going out in San Joaquin County (*Helm v. Petz*).  The *Helm* jury has been empaneled, and trial started.

Given the information counsel was able to gather on the judicial holidays, February 12, 2016, and February 15,2016, Osman Yousif's claims were greatly impacted.

 The amended complaint (AC) was/is now due February 14, 2016.

As of this filing, because of the press of business, counsel has been unable to meet and confer before the passed deadline.

However, on February 15, 2016, Plaintiff caused ostensible Defendant City of Daly City to be dismissed.  This was done as a direct result of the continuing investigation and analysis.

Thus, in view of the facts that evidence critical to this case has been developed, that there is no prejudice to Defendants should the additional four (five)-day extension be granted, and other factors discussed above, Plaintiff through the undersigned counsel respectfully requests that he be granted an additional five days to file his AC.

Date:   February 16, 2016         Russell A. Robinson /s/
                                                    By:     Russell A. Robinson
                                                    Law Office of Russell A. Robinson
                                                    Counsel for Plaintiff
                                                    **OSMAN YOUSIF**

/ / /

## II. DECLARATION

I, Russell A. Robinson, hereby declare as follows:

1. I am an attorney licensed to practice before all courts of this State and am admitted in the United States District Court for the Northern District of California. I am now Plaintiff's counsel of record herein. The below true and correct facts are of my own personal knowledge except facts stated as based on information and belief; as to facts so stated, I believe these to be true.

2. Plaintiff hereby moves, through me, and applies to the Court for leave to file his amended complaint or before February 14, 2016.

3. On October 22 2015, Plaintiff caused this action to be filed *in proper.*

4. My continuing work and investigation, including the need to speak to a witness in the State of Kansas, has been impeded by the sudden death of an unrelated client in an Oakland Hills house fire the week of February 3, 2016, the need to assist several San Francisco Police officers with personnel issues concerning the San Francisco District Attorney's Blue Ribbon Panel, and the need to start picking a jury in a case now going out in San Joaquin County (*Helm v. Petz*). The *Helm* jury has been empaneled, and trial started.

5. Given the information counsel was able to gather on the judicial holidays, February 12, 2016, and February 15, 2016, Osman Yousif's claims were greatly impacted.

6. The amended complaint (AC) was/is now due February 14, 2016.

7. As of this filing, because of the press of business, I have been unable to meet and confer before the passed deadline.

---

PLAINTIFF'S 2nd ADMINISTRATIVE MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT ON OR BEFORE
FEBRUARY 14, 2016; DECLARATION
*Yousif v. County of San Mateo, et al.*                 3                        P002ADMINA

8. However, on February 15, 2016, Plaintiff through me caused ostensible Defendant City of Daly City to be dismissed. This was done as a direct result of the continuing investigation and analysis.

9. Thus, in view of the facts that evidence critical to this case has been developed, that there is no prejudice to Defendants should the additional four (five)-day extension be granted, and other factors discussed above, Plaintiff through me respectfully requests that he be granted an additional five days to file his AC.

I, Russell A. Robinson, hereby declare under penalty of perjury and under the laws of the State of California that the above is true and correct.

Date:   February 16, 2016                     Russell A. Robinson /s/
                                              By:    Russell A. Robinson
                                              Law Office of Russell A. Robinson
                                              Counsel for Plaintiff
                                              **OSMAN YOUSIF**

PLAINTIFF'S 2nd ADMINISTRATIVE MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT ON OR BEFORE
FEBRUARY 14, 2016; DECLARATION
*Yousif v. County of San Mateo, et al.*                     4                              P002ADMINA

Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone:   (415) 861-4416
Facsimile:   (415) 431-4526
rlaw345@gmail.com

Counsel for Plaintiff
**OSMAN YOUSIF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN YOUSIF, | No.   15-CV-4887-WHA |
| Plaintiff, | [Proposed] **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION** |
| v. | |
| COUNTY OF SAN MATEO, SHERIFF GREG MUNKS, et al., | Trial:   [Not yet set] |
| Defendants. | **[Jury Trial Demanded]** |

   Good cause appearing, the application of Plaintiff in this case, before this Court is hereby granted.

   Plaintiff in this case may file is amended complaint on or before February 19, 2016.

   **IT IS SO ORDERED.**

Date: February 17, 2016

_____
Hon. WILLIAM H. ALSUP
United States District Court, N. District of California

[Proposed] ORDER
*Yousif v. County of San Mateo, et al.*             1                              P003ORDER