IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSMAN YOUSIF,

    Plaintiff,

  v.

SAN MATEO COUNTY SHERIFF, et al.,

    Defendants.

No. C 15-04887 WHA

**ORDER RE AMENDED COMPLAINT**

Plaintiff Osman Yousif filed this discrimination action pro se and has since retained counsel, who stated that they would file an amended complaint by February 10. After missing that deadline, plaintiff was granted an extension to February 14. Plaintiff missed that deadline, moved for another extension, and stated that he would file his amended complaint by February 19. As of February 23, no amended complaint has been filed. Plaintiff shall file his amended complaint by **NOON ON FEBRUARY 26, 2016.** If no amended complaint is filed by that date, the case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE