IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSMAN YOUSIF,

    Plaintiff,

  v.

SAN MATEO COUNTY SHERIFF, et al.,

    Defendants.

No. C 15-04887 WHA

**ORDER DENYING MOTIONS TO DISMISS WITHOUT PREJUDICE**

Plaintiff Osman Yousif filed this discrimination action pro se and has since retained counsel, who filed an amended complaint on February 26. Thus, defendants' motions to dismiss the original complaint (Dkt. Nos. 19, 20, 23) are **DENIED AS MOOT**, without prejudice to new motions to dismiss the amended complaint.

**IT IS SO ORDERED.**

Dated: February 29, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE