IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSMAN YOUSIF,

        Plaintiff,

  v.

SAN MATEO COUNTY SHERIFF, et al.,

        Defendants.

No. C 15-04887 WHA

**ORDER RE FAILURE TO FILE TIMELY OPPOSITIONS**

      Plaintiff Osman Yousif's oppositions to the pending motions to dismiss were due on March 25. No oppositions were filed. On the morning of March 28, plaintiff's counsel filed an administrative motion seeking an extension until the end of the day on March 28 due to the "press of business" and an inability to meet with his client. Plaintiff shall file his oppositions by the end of the day today, **MARCH 28, 2016**. If nothing is filed, then any opposition to the motions will be waived. No more extensions will be granted. Defendants' replies shall be due on **APRIL 5, 2016.**

      **IT IS SO ORDERED.**

Dated: March 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE