1 

2  JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
Aimee B. Armsby, Deputy (SBN 226967)

3  Rebecca B. Horton, Deputy (SBN 308052)
Hall of Justice and Records

4  400 County Center, 6th Floor
Redwood City, CA  94063

5  Telephone: (650) 363-4768
Facsimile:  (650) 363-4034

6  E-mail:  aarmsby@smcgov.org

7  Attorneys for Defendants
SAN MATEO COUNTY SHERIFF'S OFFICE

8  SHERIFF GREG MUNKS
DEPUTY SHERIFF DENNIS LOUBAL

9  DEPUTY SHERIFF DEFRANCE MCLEMORE
DEPUTY SHERIFF CHRIS LAUGHLIN

10 

11                           UNITED STATES DISTRICT COURT

12                          NORTHERN DISTRICT OF CALIFORNIA

13  OSMAN YOUSIF                          | Case No. 3:15-cv-04887-WHA

14          Plaintiff,                    | **DEFENDANTS' STIPULATED REQUEST FOR AN ORDER EXTENDING TIME TO**

15      vs.                               | **FILE THE REPLY TO PLAINTIFF'S OPPOSITION TO THE MOTION TO**

16  SAN MATEO COUNTY SHERIFF, SHERIFF GREG | **DISMISS**
MUNKS, DEPUTY SHERIFFS DENNIS LOUBAL,

17  CHRIS LAUGHLIN, DEFRANCE MCLEMORE,    | [Pursuant to Fed. R. Civ. P. 6(b) and Civil
CITY OF MENLO PARK, OFFICER CHRIS         | L.R. 6-2]

18  ADAIR, and, DOES 1-100                |
                                          | Date:    May 5, 2016
19          Defendants.                   | Time:    8:00 a.m.
                                          | Dept.:   Courtroom 8, 19th Floor
                                          | Judge:   Hon. William H. Alsup

20

1     COMES NOW Defendants San Mateo County Sheriff's Office, Sheriff Greg Munks, Deputy
2  Sheriffs Dennis Loubal, Defrance McLemore, and Chris Laughlin, (collectively "County Defendants")
3  through their attorney of record, hereby respectfully request an extension of two days to reply to
4  Plaintiff's Opposition to the Motion to Dismiss.
5     1.   Counsel for County Defendants have conferred with Plaintiff's counsel and Menlo Park
6  Defendants' counsel and there is no opposition to this request.
7     2.   On October 22, 2015, Plaintiff, proceeding *pro se*, filed a complaint alleging various
8  claims for relief based on 42 U.S.C. 1983. (Doc. No. 1). On February 1, 2016, County Defendants
9  timely filed the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(4) and 12(b)(6). (Doc. No. 23). On
10 February 2, 2016, Plaintiff filed, and the Court Granted, Plaintiff's Notice of Substitution of Counsel.
11 (Doc. Nos. 25, 27). On February 10, 2016, Plaintiff filed a Motion for Leave to File Amended
12 Complaint On or Before February 14, 2016, which the Court granted. (Doc. Nos. 29, 30). On February
13 16, 2016, Plaintiff filed a Motion for Extension of Time to File the Amended Complaint. (Doc. No. 32).
14 The Court granted this Motion, giving leave to file the Amended Complaint on or before February 19,
15 2016. (Doc. No. 33). On February 23, 2016, the Court issued *sua sponte* an Order ordering the amended
16 pleadings due by February 26, 2016. (Doc. No. 34). On February 26, 2016, Plaintiff filed the Amended
17 Complaint. (Doc. No. 35). On February 29, 2016, the Court denied the previously filed Motion to
18 Dismiss without prejudice. (Doc. No. 36).
19     On February 11, 2016, County Defendants timely filed the Motion to Dismiss Plaintiff's
20 Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (Doc. No. 37). The Court corrected the
21 briefing schedule as to the Motions, ordering Plaintiff's Opposition due by March 25, 2016. On March
22 28, 2016, Plaintiff filed a Motion for Leave to File Responses by April 1, 2016. (Doc. No. 41). The
23 Court granted the Motion in part, ordering Plaintiff to file his Opposition by "end of the day" of March
24 28, 2016. (Doc. No. 42). Plaintiff filed his Response to County Defendant's Motion to Dismiss on
25 March 28, 2016.
26     3.   The relief requested herein is for good cause. The County Defendant is requesting the
27 extension of time for filing the Reply because of the extensions previously granted in the briefing
28 schedule resulting in an unforeseen conflict with County Defendant's attorney's planned time out of the

office.

4. The two-day extension in filing the Reply will not cause any undue delay in the administration of this case. The hearing on the Motion to Dismiss is set for May 5, 2016.

5. This is the first time that County Defendant has made no other requests for extensions of time in this case.

IN WITNESS WHEREOF, County Defendants respectfully move that the Court extend the time for responding to Plaintiff's Opposition to the Motion to Dismiss to April 7, 2016.

Dated: April 5, 2016                                     Respectfully submitted,

                                                         JOHN C. BEIERS, COUNTY COUNSEL


                                                         By: _____/s/_____
                                                             Aimee Armsby, Deputy County Counsel

                                                         Attorneys for Defendants
                                                         SAN MATEO COUNTY SHERIFF'S OFFICE
                                                         SHERIFF GREG MUNKS
                                                         DEPUTY SHERIFF DENNIS LOUBAL
                                                         DEPUTY SHERIFF DEFRANCE LOUBAL
                                                         DEPUTY SHERIFF CHRIS LAUGHLIN


### **ORDER**

It is hereby ORDERED the County Defendants Unopposed Motion for and Extension of time for responding to Plaintiff's Opposition to the Motion to Dismiss is hereby granted to April 7, 2016.

DATED: April 5, 2016.                                    _____
                                                         The Honorable William X. Alsup