IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSMAN YOUSIF,

    Plaintiff,

v.

SAN MATEO COUNTY SHERIFF, et al.,

    Defendants.

No. C 15-04887 WHA

**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS**

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motions.

Dated: April 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE