**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN YOUSIF,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO; SHERIFF GREG MUNKS; DEPUTY CHRIS LOUBAL; DEPUTY DEFRANCE MCLEMORE; CITY OF MENLO PARK; OFFICER CHRIS ADAIR,<br><br>    Defendants.<br>                                      / | No. C 15-04887 WHA<br><br>**ORDER DISMISSING CLAIMS AGAINST SHERIFF GREG MUNKS, DEPUTY CHRIS LAUGHLIN, OFFICER CHRIS ADAIR, COUNTY OF SAN MATEO, AND CITY OF MENLO PARK** |

    On May 5, 2016, an order dismissed all claims against defendants Sheriff Greg Munks, Deputy Chris Laughlin, Officer Chris Adair, County of San Mateo, and City of Menlo Park. The order gave plaintiff until May 25, 2016, to file a motion for leave to amend his claims. Plaintiff failed to file a motion for leave to amend his claims.

    Defendants City of Menlo Park, Officer Adair, the County of San Mateo, Sheriff Munks, and Deputy Sheriff Laughlin filed notices of non-compliance and asked the Court to dismiss all claims against them.

    Plaintiff subsequently filed a notice of voluntary dismissal, without prejudice, against Chris Adair.

Plaintiffs' claims against Sheriff Greg Munks, Deputy Chris Laughlin, Officer Chris Adair, County of San Mateo, and City of Menlo Park are hereby **DISMISSED** for lack of prosecution.

**IT IS SO ORDERED.**

Dated: July 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE