IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSMAN YOUSIF,

    Plaintiff,

v.

DEPUTY SHERIFFS DENNIS LOUBAL, DEFRANCE McLEMORE, and DOES 1–100,

    Defendants.

No. C 15-04887 WHA

**ORDER GRANTING ATTORNEY'S FEES**

By letter to the Court on August 2, 2016, defendants sought (1) to compel plaintiff to provide initial disclosures pursuant to Rule 26 (which at that point were still outstanding); and (2) sanctions for the failure to provide initial disclosures, including attorney's fees. On August 23, 2016, plaintiff finally provided his initial disclosures.

Defendants' request for attorney's fees is **GRANTED** in the amount of $550.00. Plaintiff shall pay these fees by September 28, 2016. If not paid, this action will likely be dismissed or plaintiff will be precluded from using the information in the disclosures.

**IT IS SO ORDERED.**

Dated: September 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE