IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN YOUSIF,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN MATEO COUNTY SHERIFF, *et al.*,<br><br>    Defendants.<br>                                         / | No. C 15-04887 WHA<br><br>**ORDER RE DISCOVERY LETTER** |

On September 28, defendants filed a letter asking this Court to resolve a conflict in connection with plaintiff's deposition on September 23 (Dkt. No. 76). On October 5, plaintiff filed a response (Dkt. No. 78). The parties were ordered to meet and confer in person (Dkt. No. 77), but were unable to resolve their issues during the meet-and-confer. Accordingly, it is ordered that:

1. In future depositions taken in this case, counsel for the deponent shall not make any objections or other utterances except to ask questions when it is their turn, or to assert privilege. All objections as to form shall be deemed preserved. Assertions of privilege must be justified and not mere guises for attempts to surreptitiously coach the deponent.

2. Defendants may resume the deposition of plaintiff Osman Yousif, subject to this order, on a date and time agreeable to defendants. The resumed deposition, however, may last no longer than five and a half hours.

3. At the hearing on this matter on October 6, the Court made other rulings on the record in response to the parties' questions. Those rulings are not summarized here but remain in effect. Any violation of this order may lead to a jury instruction regarding adverse inferences at trial.

4. Pursuant to FRCP 37(a)(5), Attorney Russell A. Robinson shall pay defendant's counsel $1,000.00 to cover reasonable expenses incurred as a result of this dispute.

**IT IS SO ORDERED.**

Dated: October 6, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE