JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
Aimee B. Armsby, Deputy (SBN 226967)
Rebecca B. Horton, Deputy (SBN 308052)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone:  (650) 363-4768
Facsimile:  (650) 363-4034
E-mail:  aarmsby@smcgov.org

Attorneys for Defendants
DEPUTY SHERIFF DENNIS LOUBAL
DEPUTY SHERIFF DEFRANCE MCLEMORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN YOUSIF,<br><br>             Plaintiff,<br><br>   vs.<br><br>DEPUTY SHERIFFS DENNIS LOUBAL,<br>DEFRANCE MCLEMORE, AND DOES 1-100<br><br>             Defendants. | Case No. 3:15-cv-04887-WHA<br><br>**PARTIES' STIPULATION AND REQUEST FOR AN ORDER CHANGING TIME FOR NON-EXPERT AND EXPERT DISCOVERY**<br><br>**[Pursuant to Civil L.R. 6-2 and 7-12]**<br><br>Dept.:   Courtroom 8, 19th Floor<br>Judge:  Hon. William H. Alsup |

COMES NOW Defendants Deputy Sheriffs Dennis Loubal and Defrance McLemore (collectively, "County Defendants") and Plaintiff Osman Yousif, through their attorneys of record, hereby respectfully request an extension of one month to complete non-expert and expert discovery.

1.   Pursuant to Local Civil Rule 6-2, the parties to this action have conferred and jointly submit this Stipulated Request for Order Changing Time regarding the December 16, 2016 deadline for expert and non-expert discovery.

2.   On May 4, 2016, the Rule 26(f) conference occurred, and on May 5, 2016 this Court issued the Case Management Order, which stated that "non-expert discovery cut-off date shall be DECEMBER 16, 2016" and "the last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof [] shall be DECEMBER 16, 2016."  (Dkt. 55 at 2:4, 5-9).

3.   County Defendants served their Rule 26(a)(1) Initial Disclosures on April 27, 2016, supplementing them with additional disclosures on May 12, 2016 and July 7, 2016.  (Dkt. 63 at 2).  Plaintiff served his Rule 26(a)(1) Initial Disclosures on August 23, 2016, and served Amended Disclosures on September 6, 2016.  (Dkt. 70-1).  On September 7, 2016, this Court held a hearing on related discovery disputes.  (Dkt. 72, 73).

4.   County Defendants began taking Plaintiff's deposition on September 23, 2016.   (Dkt. 76). In light of a discovery dispute that arose during the deposition, the deposition was suspended and the parties appeared before the Court on October 6, 2016. (Dkts. 76, 79).  Plaintiff conducted Defendant Sergeant Dennis Loubal's deposition on November 9, 2016 and Defendant Deputy Defrance McLemore's deposition on November 10, 2016.  The continuation of Plaintiff's deposition is scheduled for November 17, 2016.

5.   The parties are jointly requesting that the non-expert and expert discovery deadlines be extended to January 13, 2017.

6.   The requested relief is for good cause.  The numerous discovery disputes that have arisen in this case have resulted in lengthy delays in the timely and efficient conducting of discovery.

7.   The stipulated one-month extension of the non-expert and expert discovery cut-off deadline will not cause any undue delay in the administration of this case.  The last date to file

1   dispositive motions is set for January 26, 2017, the final pretrial conference is set for March 29, 2017 and

2   the jury trial is scheduled to begin on May 1, 2017.  (Dkt. 55 at 4:15, 19, 12).

3          IN WITNESS WHEREOF, County Defendants and Plaintiff stipulate and respectfully move the

4   Court to grant the extension of the discovery cut-off for non-expert and expert discovery to January 13,

5   2016.  The parties believe that such a stipulation is in the interest of justice and judicial economy.

6

7   Dated:  November 17, 2016                    Respectfully submitted,

8                                                JOHN C. BEIERS, COUNTY COUNSEL

9

10                                               By: _____/s/_____.

11                                                    Rebecca B. Horton, Deputy

12                                               Attorneys for Defendants
                                                 DEPUTY SHERIFF DENNIS LOUBAL
13                                               DEPUTY SHERIFF DEFRANCE MCLEMORE

14  Dated:  November 16, 2016                    Respectfully submitted,

15

16

17                                               By: _____/s/_____.

18                                                    Russell Robinson, Attorney

19                                               Attorneys for Plaintiff
                                                 OSMAN YOUSIF

20

21                                      **ORDER**

22          PURSUANT TO STIPULATION, IT IS SO ORDERED.
            The parties shall not rely on this extension as the basis for
23          seeking future extensions.

24  DATED: ____November 29, 2016.____            _____
                                                 The Honorable William A. Alsup
25

26

27

28