IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSMAN YOUSIF,

    Plaintiff,

v.

DEPUTY SHERIFFS DENNIS LOUBAL, DEFRANCE McLEMORE, and DOES 1–100,

    Defendants.

No. C 15-04887 WHA

**ORDER STRIKING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff filed a notice of voluntary dismissal of defendant Chris (Dennis) Loubal without prejudice (Dkt. No. 87). Plaintiff's voluntary dismissal is purportedly pursuant to Rule 41, but that rule only permits dismissal by the plaintiff without a court order "before the opposing party serves either an answer or a motion for summary judgment" or pursuant to "a stipulation of dismissal signed by all parties who have appeared." Loubal has already answered the complaint (Dkt. No. 61), and the voluntary dismissal was not joined by any defendant.

    Plaintiff's notice of voluntary dismissal is **STRICKEN** as procedurally improper. If plaintiff seeks to dismiss claims against Loubal, he may do so via stipulation or via a motion to which Loubal may respond.

    **IT IS SO ORDERED.**

Dated: January 17, 2017.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE