IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSMAN YOUSIF,

    Plaintiff,

v.

DEPUTY SHERIFFS DENNIS LOUBAL, DEFRANCE McLEMORE, and DOES 1–100,

    Defendants.

No. C 15-04887 WHA

**ORDER RE STIPULATED DISMISSAL OF DEFENDANT LOUBAL**

The parties' stipulated dismissal of defendant Deputy Sheriff Dennis Loubal is **APPROVED**. Plaintiff's motion to voluntarily dismiss Loubal is **DENIED AS MOOT**. To the extent plaintiff's motion sought discovery relief or sanctions related thereto, such motion is untimely and accordingly **DENIED**. *See* Civil Local Rule. 37-3. Plaintiff's request for an order to show cause under Rule 11 complaining of defense counsel's delay in responding to efforts to obtain the instant stipulation, that request is entirely without merit and is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: February 1, 2017.

                      WILLIAM ALSUP
                      UNITED STATES DISTRICT JUDGE