JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
Aimee B. Armsby, Deputy (SBN 226967)
Rebecca B. Horton, Deputy (SBN 308052)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone:  (650) 363-4768
Facsimile:  (650) 363-4034
E-mail:  aarmsby@smcgov.org

Attorneys for Defendant
DEPUTY SHERIFF DEFRANCE MCLEMORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN YOUSIF,<br><br>       Plaintiff,<br><br>  vs.<br><br>DEPUTY CHRIS LOUBAL, DEPUTY DEFRANCE MCLEMORE, and DOES 1-100<br><br>     Defendants. | Case No. 3:15-cv-04887-WHA<br>Order re:<br>**JOINT STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF JOINT PROPOSED FINAL PRETRIAL ORDER**<br><br>Judge:  Hon. William H. Alsup<br>Pre Trial Conference:  March 29, 2017<br>Trial:              May 1, 2017 |

**JOINT STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF JOINT PROPOSED FINAL PRETRIAL ORDER**

1    The parties, having agreed that it is in the interest of efficient adjudication and judicial economy,

2  HEREBY stipulate and request the Court extend the deadline to file the Joint Proposed Final Pretrial

3  Order from Thursday March 23, 2017 at 5:00 p.m. to Monday, March 27, 2017.

4    APPROVED AS TO FORM:

5

6    _____/s/_____.

7    Russell Robinson
     Attorney for Plaintiff, Osman Yousif

8

9    Dated:  March 22, 2017                    JOHN C. BEIERS, COUNTY COUNSEL

10

11                                 By: _____/s/_____.

12                                      Rebecca B. Horton
                                        Attorney for Defendant Defrance McLemore

13

14                    **ORDER**

15  GOOD CAUSE APPEARING, AND PURSUANT TO STIPULATION, IT IS SO ORDERED:

16    The filing of the Joint Proposed Final Pretrial Order in this case is due March 27, 2017.

17

18  Dated: ___March 22, 2017.___          _____

19                                        Honorable William H. Alsup

20

21

22

23

24

25

26

27

28  Order re:
    Case No. 3:15-cv-04887-WHA
    **JOINT STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF JOINT
    PROPOSED FINAL PRETRIAL ORDER**