IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSMAN YOUSIF,

    Plaintiff,

v.

DEPUTY SHERIFF DEFRANCE McLEMORE and DOES 1–100,

    Defendant

    /

No. C 15-04887 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Deputy Sheriff Defrance McLemore and against plaintiff Osman Yousif. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE